IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| In Re: | * | |
|    Alejandro A. Salas | * | Case No. 17-24858 |
|    Ligia M. Salas | * | Chapter 13 |
|             Debtors. | * | |

ANSWER TO TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE

COME NOW the Debtors, Alejandro and Ligia Salas, by undersigned counsel, Laura Margulies & Associates, LLC, and submit this Answer to the Trustee's Motion to Dismiss Chapter 13 and respectfully represent as follows:

1. The IRS has filed a Proof of Claim against the Debtors, Alejandro A. Salas and Ligia M. Salas personally, see IRS Proof of Claim #2 and Amended Proof of Claim.

2. However, in the same Proof of Claim the IRS has included tax debt owed by G&S Enterprises of Maryland, Inc., A corporate entity.

3. Counsel for the Debtors believes and avers that the actual personal income tax debt due is a far lower amount than stated in the IRS' Amended Proof of Claim filed December 13, 2017.

4. The Debtors will be retaining a CPA to review all tax years listed in the IRS' Amended Proof of Claim to ascertain whether an objection is warranted.

5. As a matter of equity, this case should remain a Chapter 13 case as opposed to a Chapter 11 case, once the Debtors have had an opportunity to calculate their actual tax liability.

Respectfully Submitted,

/s/ Craig W. Stewart
Craig W. Stewart (#15113)
6205 Executive Blvd.

>Rockville, Maryland 20852
>(301) 816-1600
>Email: ecf@law-margulies.com
>Attorney for the Debtors

<u>CERTIFICATE OF SERVICE</u>

 I hereby certify that on the 15th day of January, 2018, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Answer to the Trustee's Motion to Dismiss Chapter 13 will be served electronically by the court's CM/ECF system on the following:

 Timothy P. Branigan, Chapter 13 Trustee
 cmecf@chapter13maryland.com

>/s/ Craig W. Stewart ___
>Craig W. Stewart